UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN EDWARDS,

        Plaintiff,                            Civil Action No.13-CV-14060

vs.

                                              HON. MARK A. GOLDSMITH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER**
**ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED OCTOBER 7, 2014 and DISMISSING THE CASE WITHOUT PREJUDICE**

      This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Mona K. Majzoub, issued on October 7, 2014. In the R&R, the Magistrate Judge recommends that the instant case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, Plaintiff's complaint is dismissed without prejudice.

      SO ORDERED.


                                              s/Mark A. Goldsmith
Dated: November 4, 2014           MARK A. GOLDSMITH
      Detroit, Michigan           UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 4, 2014.

                                                s/Johnetta M. Curry-Williams
                                                JOHNETTA M. CURRY-WILLIAMS
                                                CASE MANAGER